## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: GORDON, JAMES A.                             § Case No. 11-03577
                                                    §
                                                    §
                                                    §
Debtor(s)                                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $23,170.00                    Assets Exempt: $7,646.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,281.58      Claims Discharged
                                                Without Payment: $38,556.42

Total Expenses of Administration: $2,718.74

3) Total gross receipts of $ 10,000.32  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $10,000.32 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $24,784.04 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,718.75 | 2,718.74 | 2,718.74 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 45,838.00 | 45,277.00 | 45,277.00 | 7,281.58 |
| **TOTAL DISBURSEMENTS** | $70,622.04 | $47,995.75 | $47,995.74 | $10,000.32 |

4) This case was originally filed under Chapter 7 on January 31, 2011. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/01/2012          By:  /s/RICHARD M. FOGEL
                                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate- England | 1110-000 | 10,000.00 |
| Interest Income | 1270-000 | 0.32 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | CarMax Auto Finance | 4110-000 | 24,784.04 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$24,784.04** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,750.03 | 1,750.02 | 1,750.02 |
| RICHARD M. FOGEL | 2200-000 | N/A | 5.56 | 5.56 | 5.56 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 877.50 | 877.50 | 877.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 10.66 | 10.66 | 10.66 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 2,718.75 | 2,718.74 | 2,718.74 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cbna | 7200-000 | 45,277.00 | 45,277.00 | 45,277.00 | 7,281.58 |
| NOTFILED | Citi | 7100-000 | 561.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt, Hasenmiller, Leibsker, Moore | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 45,838.00 | 45,277.00 | 45,277.00 | 7,281.58 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-03577  
**Case Name:** GORDON, JAMES A.  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 01/31/11 (f)  
**§341(a) Meeting Date:** 03/15/11  

**Period Ending:** 02/01/12  
**Claims Bar Date:** 06/16/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Real Estate- England<br>　Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 0.00 | Unknown | | 10,000.00 | FA |
| 2 | Cash on Hand<br>　Orig. Asset Memo: Imported from Amended Doc#: 10; Original asset description: 2011 Purchase Money Security Automobile - 2007 Nissan Murano with - 59,000 in mileage - Full Coverag; Imported from Amended Doc#: 10; Original asset description: Automobile - 2007 Nissan Murano with 59,000 in m | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Citi Bank<br>　Orig. Asset Memo: Imported from Amended Doc#: 10; Original asset description: 2011 Purchase Money Security Automobile - 2007 Nissan Murano with - 59,000 in mileage - Full Coverag; Imported from Amended Doc#: 10; Original asset description: Automobile - 2007 Nissan Murano with 59,000 in m | 5.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account with ING Bank<br>　Orig. Asset Memo: Imported from Amended Doc#: 10; Original asset description: 2011 Purchase Money Security Automobile - 2007 Nissan Murano with - 59,000 in mileage - Full Coverag; Imported from Amended Doc#: 10; Original asset description: Automobile - 2007 Nissan Murano with 59,000 in m | 170.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking Account in HSBC - Rental Income Account<br>　Orig. Asset Memo: Imported from Amended Doc#: 10; Original asset description: 2011 Purchase Money Security Automobile - 2007 Nissan Murano with - 59,000 in mileage - Full Coverag; Imported from Amended Doc#: 10; Original asset description: Automobile - 2007 Nissan Murano with 59,000 in m | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking Account with PNC | 200.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-03577  
**Case Name:** GORDON, JAMES A.  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 01/31/11 (f)  
**§341(a) Meeting Date:** 03/15/11  

**Period Ending:** 02/01/12  
**Claims Bar Date:** 06/16/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Asset Memo: Imported from Amended Doc#: 10; Original asset description: 2011 Purchase Money Security Automobile - 2007 Nissan Murano with - 59,000 in mileage - Full Coverag; Imported from Amended Doc#: 10; Original asset description: Automobile - 2007 Nissan Murano with 59,000 in m | | | | | |
| 7  Miscellaneous used household goods and furnishin<br>   Orig. Asset Memo: Imported from Amended Doc#: 10; Original asset description: 2011 Purchase Money Security Automobile - 2007 Nissan Murano with - 59,000 in mileage - Full Coverag; Imported from Amended Doc#: 10; Original asset description: Automobile - 2007 Nissan Murano with 59,000 in m | 250.00 | 0.00 | DA | 0.00 | FA |
| 8  Books, Pictures, and CD's<br>   Orig. Asset Memo: Imported from Amended Doc#: 10; Original asset description: 2011 Purchase Money Security Automobile - 2007 Nissan Murano with - 59,000 in mileage - Full Coverag; Imported from Amended Doc#: 10; Original asset description: Automobile - 2007 Nissan Murano with 59,000 in m | 350.00 | 0.00 | DA | 0.00 | FA |
| 9  Wearing Apparel<br>   Orig. Asset Memo: Imported from Amended Doc#: 10; Original asset description: 2011 Purchase Money Security Automobile - 2007 Nissan Murano with - 59,000 in mileage - Full Coverag; Imported from Amended Doc#: 10; Original asset description: Automobile - 2007 Nissan Murano with 59,000 in m | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 10 Miscellaneous Costume Jewelry<br>   Orig. Asset Memo: Imported from Amended Doc#: 10; Original asset description: 2011 Purchase Money Security Automobile - 2007 Nissan Murano with - 59,000 in mileage - Full Coverag; Imported from | 250.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-03577  **Trustee:** (330720) RICHARD M. FOGEL
**Case Name:** GORDON, JAMES A.  **Filed (f) or Converted (c):** 01/31/11 (f)
  **§341(a) Meeting Date:** 03/15/11
**Period Ending:** 02/01/12  **Claims Bar Date:** 06/16/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Amended Doc#: 10; Original asset description: Automobile - 2007 Nissan Murano with 59,000 in m | | | | | |
| 11 Term Life Insurance policy through employer - (N  Orig. Asset Memo: Imported from Amended Doc#: 10; Original asset description: 2011 Purchase Money Security Automobile - 2007 Nissan Murano with - 59,000 in mileage - Full Coverag; Imported from Amended Doc#: 10; Original asset description: Automobile - 2007 Nissan Murano with 59,000 in m | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 401(k) / Retirement plan through employer - 100%  Orig. Asset Memo: Imported from Amended Doc#: 10; Original asset description: 2011 Purchase Money Security Automobile - 2007 Nissan Murano with - 59,000 in mileage - Full Coverag; Imported from Amended Doc#: 10; Original asset description: Automobile - 2007 Nissan Murano with 59,000 in m | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 Estimated 2010 tax refund of $500.00  Orig. Asset Memo: Imported from Amended Doc#: 10; Original asset description: 2011 Purchase Money Security Automobile - 2007 Nissan Murano with - 59,000 in mileage - Full Coverag; Imported from Amended Doc#: 10; Original asset description: Automobile - 2007 Nissan Murano with 59,000 in m | 500.00 | 0.00 | DA | 0.00 | FA |
| 14 Automobile - 2007 Nissan Murano with 59,000 in m  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 Automobile - 1994 Mazda MX-6 Coupe 2D - 158k in  Orig. Asset Memo: Imported from Amended Doc#: 10; Original asset description: 2011 Purchase Money Security Automobile - 2007 Nissan Murano with - 59,000 in mileage - Full Coverag; Imported from Amended Doc#: 10; Original asset description: | 1,025.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 11-03577  
**Case Name:** GORDON, JAMES A.  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 01/31/11 (f)  
**§341(a) Meeting Date:** 03/15/11  

**Period Ending:** 02/01/12  

**Claims Bar Date:** 06/16/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Automobile - 2007 Nissan Murano with 59,000 in m |  |  |  |  |  |
| 16 | Automobile - 2007 Nissan Murano with 59,000 in m<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>10; Original asset description: 2011<br>Purchase Money Security<br>Automobile - 2007 Nissan Murano with<br>- 59,000 in mileage - Full Coverag  (See Footnote) | 16,900.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 0.32 | FA |
| 17 | **Assets**   Totals (Excluding unknown values) | **$23,170.00** | **$0.00** |  | **$10,000.32** | **$0.00** |

RE PROP# 1  Trustee authorized to sell estate's interest to debtor for $10,000 per o/c 4-6-11  
RE PROP# 16  Duplicate of #14

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 30, 2012          **Current Projected Date Of Final Report (TFR):**     November 23, 2011  (Actual)

Printed: 02/01/2012 07:18 AM     V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-03577 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | GORDON, JAMES A. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******64-65 - Money Market Account |
| Taxpayer ID #: | **-***3656 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/01/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/11 | {1} | JAMES GORDON | Initial payment for right, title and interest in real property, per o/c 4-6-11 | 1110-000 | 3,000.00 | | 3,000.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,000.01 |
| 05/04/11 | {1} | JAMES A. GORDON | Installment payment | 1110-000 | 700.00 | | 3,700.01 |
| 05/27/11 | {1} | JAMES A. GORDON | Installment payment | 1110-000 | 1,000.00 | | 4,700.01 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,700.03 |
| 06/30/11 | {1} | JAMES GORDON | Installment payment | 1110-000 | 1,000.00 | | 5,700.03 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,700.06 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,700.10 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 10.66 | 5,689.44 |
| 08/04/11 | {1} | JAMES GORDON | Installment payment | 1110-000 | 1,000.00 | | 6,689.44 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,689.48 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,664.48 |
| 09/06/11 | {1} | JAMES GORDON | Installment payment | 1110-000 | 1,000.00 | | 7,664.48 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 7,664.52 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,639.52 |
| 10/06/11 | {1} | JAMES A. GORDON | Installment payment | 1110-000 | 1,200.00 | | 8,839.52 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 8,839.57 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,814.57 |
| 11/04/11 | {1} | JAMES GORDON | Final payment | 1110-000 | 1,100.00 | | 9,914.57 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 9,914.63 |
| 12/19/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 9,914.66 |
| 12/19/11 | | To Account #9200******6466 | Account Transfer | 9999-000 | | 9,914.66 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,000.32 | 10,000.32 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,914.66 | |
| | | | Subtotal | | 10,000.32 | 85.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,000.32 | $85.66 | |

{} Asset reference(s)

Printed: 02/01/2012 07:18 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-03577 | | Trustee: | RICHARD M. FOGEL (330720) |
| Case Name: | GORDON, JAMES A. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******64-66 - Checking Account |
| Taxpayer ID #: | **-***3656 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 02/01/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/11 | | From Account #9200******6465 | Account Transfer | 9999-000 | 9,914.66 | | 9,914.66 |
| 12/21/11 | 101 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $877.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 877.50 | 9,037.16 |
| 12/21/11 | 102 | CBNA | 16.08% dividend on Claim # 1, Ref: XXXXXXX-XXXXXX7497 | 7200-000 | | 7,281.58 | 1,755.58 |
| 12/21/11 | 103 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,755.58 | 0.00 |
| | | | Dividend paid 100.00%     1,750.02<br>on $1,750.02;  Claim# A;<br>Filed: $1,750.03 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%       5.56<br>on $5.56;  Claim# B;<br>Filed: $5.56 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,914.66 | 9,914.66 | $0.00 |
| | | | Less: Bank Transfers | | 9,914.66 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 9,914.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $9,914.66 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******64-65** | 10,000.32 | 85.66 | 0.00 |
| **Checking # 9200-******64-66** | 0.00 | 9,914.66 | 0.00 |
| | $10,000.32 | $10,000.32 | $0.00 |